# United States District Court
## EASTERN DISTRICT OF NEW YORK

CV 04 3387

Plaintiff

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

V.

BLOCK, J.
POHORELSKY, M.

Defendant

CASE NUMBER:

I, EFTHIMIOUS, ACHILLES   #21323-265   declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant     ☐ other

the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration  FDC , P.O. BOX 5010 , OAKDALE, LA. 71463

   Are you employed at the institution? no   Do you receive any payment from the institution? ____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?
   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends   ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments   ☐ Yes   ☒ No
   e. Gifts or inheritances   ☐ Yes   ☒ No
   f. Any other sources   ☐ Yes   ☐ No

If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

4. Do you have any cash or checking or savings accounts?  ☐ Yes   ☒ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   I am incarcerated

I declare under penalty of perjury that the above information is true and correct.

8-3-2004
DATE                                                  SIGNATURE OF APPLICANT

CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ 7.°%°° on account to his credit at the FDC Oakdale La institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution FDC Oakdale La

I further certify that during the last six months the applicant's average balance was $ 3.°%°°

Authorized Officer of Institution