UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------

ACHILLES EFTHIMIOUS,
      Petitioner,

-vs-

JOHN ASHCROFT, et. al.

      Respondent.

-----------------------------------

ORDER

CV-04-3387(FB)

      On August 9, 2004 pro se petitioner filed a writ for habeas corpus pursuant to Title 28 U.S.C Section 2241, and a motion to stay deportation. He is appealing his deportation from a conviction in Superior Court, Middlesex County, Massachusetts. Accordingly, it is

      HEREBY ORDERED that petition's motion for a stay of deportation is GRANTED and the petition is transferred to the District Court of Massachusetts.

      The clerk is directed to mail copies of this notice to all parties.

DATED: Brooklyn, New York
       August 9, 2004

_____
U.S.D.J.

A TRUE COPY
ATTEST
DATED 8/12/04

BY _____ CLERK
      DEPUTY CLERK