UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ACHILLES EFTHIMIOUS,
        Petitioner,

                                                    Civil Action No.  04-11831-NMG

        v.

JOHN ASHCROFT,
        Respondent.

ORDER OF DISMISSAL

GORTON, D.J.

     In accordance with this Court's order dated October 7, 2004, it is ORDERED that the within action be and it is hereby dismissed.

                                            By the Court,

                                            s/ Linn A. Weissman
                                            Deputy Clerk

Date: October 7, 2004

(noticeofdismissal.wpd - 12/98)                                                         [odism.]